UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOHN CLARK                                                                              PLAINTIFF

V.                                                    CIVIL ACTION NO. 3:16-CV-751-DPJ-RHW

COMMISSIONER NANCY A.BERRYHILL                                          DEFENDANT

ORDER

This social-security appeal is before the Court on the Report and Recommendation [16]
of Magistrate Judge Robert H. Walker.  Judge Walker recommended granting Plaintiff John
Clark's motion for summary judgment [11] and denying the Commissioner's motion to affirm
[13].  The Commissioner has notified the Court that it does not intend to file an objection [17] to
the Report and Recommendation.

Accordingly, the Report and Recommendation [16] is adopted as the opinion of the
Court.  Plaintiff's motion for summary judgment [11] is granted; the Commissioner's motion to
affirm [13] is denied.  This matter is remanded to the Commissioner for further proceedings.

A separate judgment will be entered.

**SO ORDERED AND ADJUDGED** this the 23rd day of February, 2018.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE